UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN WELL CORP., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 15-cv-12274-IT |
| | * | |
| TELADOC, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

October 20, 2014

TALWANI, D.J.

No later than Friday, October 23, 2015, the parties shall jointly advise the court whether:

1. The Plaintiff intends to file an amended complaint, and if so, the requested date for filing an amended complaint; or

2. The parties will stipulate to a set of facts agreed-upon for the purposes of deciding Defendant's motion to dismiss, and if so, the requested date for filing the set of facts agreed-upon for this purpose.

If Plaintiff does not intend to file an amended complaint and the parties have not stipulated to a set of facts agreed-upon for the purpose of deciding Defendant's motion to dismiss, the court anticipates addressing the pending motions before setting a discovery schedule.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge