# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN WELL CORP., <br><br> Plaintiff <br><br> v. <br><br> TELADOC, INC., <br><br> Defendant. | Civil Action No. 1:15-cv-12274-IT |

### JOINT STATEMENT AND PROPOSED SCHEDULE

Pursuant to the Court's October 20, 2015 Order (Dkt. 36), the parties hereby submit a joint statement and proposed schedule. American Well intends to file an amended Complaint. Teladoc intends to file a motion to dismiss American Well's amended Complaint. The parties have conferred and have agreed to the following proposed schedule:

| Joint Proposed Schedule for Amended Complaint and Motion to Dismiss Briefing ||
|---|---|
| **Item** | **Deadline** |
| American Well's Amended Complaint | October 28, 2015 |
| Teladoc's Motion to Dismiss the Amended Complaint | November 11, 2015 |
| American Well's Opposition to Teladoc's Motion to Dismiss | November 25, 2015 |

Dated: October 23, 2015

Respectfully submitted,

By: */s/ Kevin J. DeJong*
Christopher R. Dillon (BBO # 640896)
Kevin J. DeJong (BBO # 675471)
Jeffrey A. Shneidman (BBO #681612)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
(617) 542-5070
cwd@fr.com
dejong@fr.com
shneidman@fr.com
*Counsel for Plaintiff American Well Corp.*

By: */s/ Michael V. Solomita*
Paul W. Garrity (admitted *pro hac vice*)
 pgarrity@sheppardmullin.com
Michael V. Solomita (admitted *pro hac vice*)
 msolomita@sheppardmullin.com
Tyler E. Baker (admitted *pro hac vice*)
 tbaker@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
& HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112-0015
(212) 634-3067

Stephen C. Reilly (BBO #555371)
 scr@sally-fitch.com
Ryan M. Cunningham (BBO #661440)
 rmc@sally-fitch.com
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
(617) 542-5542
*Counsel for Defendant Teladoc, Inc.*

## CERTIFICATE OF SERVICE

I, Kevin J. DeJong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2015.

 */s/ Kevin J. DeJong*
 Kevin J. DeJong