UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN WELL CORP.,
    Plaintiff,

v.   Civil Action No. 1:15-cv-12274-IT

TELADOC, INC.,
    Defendant.

ORDER OF DISMISSAL
June 16, 2016

**TALWANI, D.J.**

For the reasons set forth in the Memorandum & Order dated 6/13/16 (docket entry 56), this case is **DISMISSED.**

**SO ORDERED.**

/s/Indira Talwani
**United States District Judge**